UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ZAKIA QAYUMI,

Plaintiff,

-against-

KOHL'S INC. d/b/a KOHL'S,

Defendant.
---------------------------------------------------------------X

CASE NO.: 23-cv-03070-EK-SJB

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that JACK WALLACE, ESQ., an attorney of the law firm of CONSTANGY, BROOKS, SMITH & PROPHETE, LLP, hereby appears as attorney of record in connection with the above-captioned matter on behalf of Defendant KOHL'S INC. d/b/a KOHL'S. I further certify that I am admitted to practice before this court.

Dated: October 26, 2026

Respectfully submitted,

CONSTANGY, BROOKS, SMITH & PROPHETE LLP

By: *_/s/ Jack R. Wallace_*

Jack R. Wallace, Esq.
175 Pearl Street
Suite C-402
Brooklyn, New York 11201
Tel: 816-329-5913
Email: jwallace@constangy.com

**CERTIFICATION OF FILING AND SERVICE**

The undersigned hereby certifies that the forgoing NOTICE OF APPEARANCE was filed with the Clerk of the Court via electronic filing and served upon Plaintiff's Counsel via electronic filing on October 23, 2026.

Respectfully submitted,

CONSTANGY, BROOKS, SMITH & PROPHETE LLP

By: *_/s/ Jack R. Wallace_*

Jack R. Wallace, Esq.
175 Pearl Street
Suite C-402
Brooklyn, New York 11201
Tel: 816-329-5913
Email: jwallace@constangy.com